In the Matter of the Petition of CHARLES E. DODGE, as Superintendent

---

* Consol. Laws, chap. 41 (Laws of 1909, chap. 45), § 19.— [REP.

of the Poor of the County of Chautauqua, for the Appointment of a Committee of the Person and Property of SARAH P. DICKERSON, now SARAH DICKERSON TAGGART, an Incompetent Person.— Appeal dismissed, without costs, upon stipulation filed.